UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:15-cr-00097-01 |
| VERSUS | JUDGE MINALDI |
| MISTY JOHNSON (01) | MAGISTRATE JUDGE HANNA |

### **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Misty Johnson, is ACCEPTED and she is fully adjudged guilty of the offense charged in Counts One, Nine, and Eleven of the indictment, consistent with the report and recommendation.

Signed at Lake Charles, Louisiana, on this 25 day of July, 2016.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE