UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-CR-00097 |
| VERSUS | JUDGE MINALDI |
| MISTY JOHNSON | MAGISTRATE JUDGE HANNA |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

**NOW INTO COURT,** through undersigned counsel, comes Misty Johnson, the defendant in this matter, who respectfully shows:

1.

Ms. Johnson has pled guilty to one count of wire fraud in violation of 18 U.S.C. § 1343; one count of aggravated identity theft in violation of 18 U.S.C. § 1028A; and one count of theft of mail in violation of U.S.C. § 1708.

2.

Sentencing is presently set for October 20, 2016.

3.

Ms. Johnson is forty years old and has recently discovered that she is pregnant although she believed that she could not conceive. Ms. Johnson's youngest child is 16 years old. Sixteen years ago, Ms. Johnson experienced a very difficult pregnancy with preeclampsia and early term labor. Currently, Ms. Johnson suffers from high blood pressure.

4.

Ms. Johnson was examined by an obstetrician and is being referred to a high risk specialist due to the risks associated with this pregnancy because of her age, prior complications during pregnancy, and high blood pressure.  Ms. Johnson's next visit with the obstetrician is scheduled for October 26, 2016.

5.

It is important that Ms. Johnson be given the opportunity to meet with the high risk specialist in order to develop a plan for her pregnancy while in prison.  Defense counsel would also like to discuss the situation with the high risk specialist in order to obtain the information necessary to access any plans available by the Bureau of Prisons to accommodate high risk pregnancies.

6.

Counsel for the Government does not oppose a thirty day extension for the sentencing date.

WHEREFORE, Misty Johnson, through undersigned counsel, respectfully requests that this Court continue the sentencing to a later date.

                RESPECTFULLY SUBMITTED,
                REBECCA L. HUDSMITH
                FEDERAL PUBLIC DEFENDER FOR THE
                MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:   *S/ Dustin C. Talbot*
        Dustin C. Talbot, La. Bar #33404
        Assistant Federal Public Defender
        102 Versailles Blvd., Suite 816
        Lafayette, Louisiana  70501
        (337)262-6336 (Phone)    (337)262-6605 (Fax)

*Attorney for Misty Johnson*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of the filing will be sent by operation of the Court's electronic filing system to:

John Luke Walker
*U.S. Attorney's Office*

Notice of the filing will be sent by email to:

Jill R. Wilson
*U.S. Probation Office*

*S/ Dustin C. Talbot*